**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00946-MEH

DE'ON WAYNEWOOD,

    Plaintiff,

v.

KATHLEEN NELSON, and
MARY CARLSON,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of Magistrate Judge Michael E. Hegarty entered on January 5, 2016, it is

ORDERED that, Defendant's Motion to Dismiss Plaintiff's Amended Complaint filed 11/06/2015, [32], is granted.  It is

FURTHER ORDERED that, final judgment enter in favor of Defendants Kathleen Nelson and Mary Carlson and against Plaintiff De'on Waynewood.  It is

FURTHER ORDERED that, each party pay his or its own fees and costs.

Dated at Denver, Colorado this 5th day of January, 2016.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

By: s/ S. Libid

S. Libid, Deputy Clerk